

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

3/7/2019
JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Miguel Angel Patricio-Cajero<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:19-cr-00008-06 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Miguel Angel Patricio-Cajero ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Drug Conspiracy

Date: 03/05/2019

*Issuing officer's signature*
For
*Deputy Clerk*

City and state: Harrisonburg, VA

Honorable Elizabeth K. Dillon
*Printed name and title*

### Return

This warrant was received on *(date)* 3/5/19 , and the person was arrested on *(date)* 3/7/19
at *(city and state)* Harrisonburg, VA .

Date: 3/7/19

DARYL BENDER
Digitally signed by DARYL BENDER
Date: 2019.03.07 10:54:56 -05'00'
*Arresting officer's signature*

Daryl Bender   DUSM
*Printed name and title*